**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Curry Donnell INGRAM, a/k/a Peanut,
Defendant—Appellant.**

No. 12–6563.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2012.

Decided: Aug. 14, 2012.

Curry Donnell Ingram, Appellant Pro Se. Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curry Donnell Ingram appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ingram,* No. 4:01–cr–00081–RAJ–1 (E.D.Va. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*